

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-14-00419-CV

**IN THE INTEREST OF S.G.**, a child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02259
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's Order of Termination, which the trial court signed on May 8, 2014. *See* TEX. FAM. CODE ANN. § 263.405(a) (West 2014). Motions for new trial and other specific post-judgment motions will not extend the time to perfect an accelerated appeal. *See* TEX. R. APP. P. 28.1(b). Therefore, the notice of appeal in this case was due to be filed May 28, 2014.[1] *See id.* § 263.405(c); TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on June 12, 2014. *See* TEX. R. APP. P. 26.3. Appellant filed a notice on appeal on June 11, 2014. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.—San Antonio 1998, no pet.) (stating same under current Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, <u>no later than July 17, 2014</u>, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

---

[1] A hand-written order was signed on May 13, 2014. Therefore, it appears the May 8, 2014 termination order is incorrectly dated. However, twenty days from May 13, 2014 was June 2, 2014 and a motion for extension of time would have been due June 17, 2014. Under either date, appellant's notice of appeal was late-filed but within the grace period.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.



Keith E. Hottle
Clerk of Court